**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**OMAR GUYTON**
**Reg. #20748-009**                                                    **PETITIONER**

**Civil Case No. 4:16CV00584 JM-JTK**

**ODDO, Warden, et al.**                                              **RESPONDENTS**

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 10th day of October, 2017.


_____
UNITED STATES DISTRICT JUDGE