IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OMAR GUYTON**
Reg. #20748-009                                                    **PETITIONER**

Civil Case No. 4:16CV00584 JM-JTK

**ODDO, Warden, et al.**                                          **RESPONDENTS**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED, with prejudice, for lack of subject matter jurisdiction.

SO ADJUDGED this 10th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE